B 01-071

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

### I. (a) PLAINTIFFS
MARCO GRACIA and CHRISTINA GRACIA

### DEFENDANTS
WILLIAM A. CSABI

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: CAMERON CO.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: CAMERON
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William J. Tinning
1013 Bluff Dr.
Portland, TX 78374
(361) 643-9200

ATTORNEYS (IF KNOWN)
James P. Grissom
2408 N. Conway
Mission, TX 78572
(956) 994-1127

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☒ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

28 USC §1451

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 5/01/01

SIGNATURE OF ATTORNEY OF RECORD: James P. Grissom — JAMES P. GRISSOM

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.

United States District Court
Southern District of Texas
FILED

MAY 0 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCO GRACIA and CHRISTINA GRACIA | § | |
| PLAINTIFFS | § | B 01-071 |
| VS. | § CIVIL ACTION NO. _____ | |
| | § | |
| WILLIAM A. CSABI, DEFENDANT | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WILLIAM A. CSABI, Defendant in the above entitled and numbered cause, and, files this Notice of Removal of the present cause from the 103rd Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1. This cause was commenced in the 103rd Judicial District Court of Cameron County, Texas on January 20, 1999, when Plaintiffs' Original Petition was filed in Cause Number 99-01-236-D naming WILLIAM A. CSABI as Defendant. A copy of Plaintiffs' Original Petition is attached hereto as Exhibit 1 and incorporated herein for all purposes to this Notice of Removal.

2. Defendant WILLIAM A. CSABI was served with a copy of the Plaintiffs' Original Petition by personal service on May 11, 1999. A copy of the Citation served on Defendant indicating date of service is attached hereto as Exhibit 2 and incorporated herein for all purposes.

3. This is a civil action for damages allegedly resulting from WILLIAM A. CSABI'S failure to file a Petition in Bankruptcy on behalf of Plaintiffs. (Plaintiffs' Original Petition.) Plaintiffs allege causes of action for negligence, gross negligence and breach of implied and expressed warranties.

4. Defendant files this Notice of Removal pursuant to 28 U.S.C. §1451, Rule 9027, Rules of Bankruptcy Procedure, and Rule 9027, Bankruptcy Local Rules for the United States Bankruptcy Courts for the Southern District of Texas, showing the Court that on April 9, 1998, Plaintiffs filed a Voluntary Petition

under Chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. with the Clerk of the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division.

5. Subsequent to the bankruptcy filing, the above-named Plaintiffs commenced this cause of action against the above named Defendants. This action is a post-petition cause of action arising out of the aforementioned allegations in Plaintiffs' state court lawsuit. The Bankruptcy Court has original jurisdiction pursuant to 11 U.S.C. §1334, and this is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A)(B)(C) and (O).

6. This Application and Notice of Removal is filed in accordance with 28 U.S.C. §1446(b) and within thirty (30) days after the United States Bankruptcy Court entered an order lifting the Automatic Stay in this matter.

7. Pursuant to Bankruptcy Local Rule 9027(a), Applicant would show the Court the following:

    a. **The Parties**: The Plaintiffs in the above referenced action are Marco Gracia and Christina Gracia. Defendant is WILLIAM A. CSABI.

    b. **Status of Service of Process**: Defendants have been served and entered an appearance in state court.

    c. **Counsel**: Counsel for each party is as follows:

        James P. Grissom
        2408 North Conway
        Mission, Texas
        (956) 994-1127
        (956) 994-1145 Fax
        Attorney for Defendant

        William J. Tinning
        1013 Bluff Drive
        Portland, Texas 78374
        (361) 643-9200
        (361) 643-9600 fax
        Attorney for Plaintiffs

8. Defendant would further show the Court that while Plaintiffs have not set forth a specific amount of damages which they are seeking in Plaintiffs' Original Petition, based on the allegations and damages alleged in Plaintiffs' pleadings, Plaintiffs are seeking to recover from Defendant damages in excess of $75,000.00.

9. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioner to Plaintiffs and their counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

10. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the 103rd Judicial District Court of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

By: _____
James P. Grissom
2408 North Conway
Mission, Texas
(956) 994-1127
(956) 994-1145 fax
Federal ID No. 11417
ATTORNEYS FOR DEFENDANT,
WILLIAM A. CSABI

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

William J. Tinning
1013 Bluff Drive
Portland, Texas 78374
(361) 643-9200
(361) 643-9600 fax
Attorney for Plaintiffs

pursuant to the Federal Rules of Civil Procedure, on this the 5th day of May 2001.

_____
James P. Grissom

NOTICE OF REMOVAL                                                                                              PAGE 3

CAUSE NO. 99-01-236-D

| | | |
|---|---|---|
| MARCO GRACIA AND CHRISTINA GRACIA | § § § | IN THE DISTRICT COURT |
| VS. | § § | 103rd JUDICIAL DISTRICT |
| WILLIAM CSABI | § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **MARCO GRACIA AND CHRISTINA GRACIA**, hereinafter referred to as Plaintiffs, complaining of **WILLIAM CSABI**, hereinafter referred to as Defendant, and for cause of action would show unto the Court as follows:

I.

Plaintiffs, **MARCO GRACIA AND CHRISTINA GRACIA**, live in Cameron County.

Defendant, **WILLIAM CSABI**, is an attorney, licensed to practice in the State of Texas, who, at all times material to the claims made herein, maintained and continues to maintain an office in Harlingen, Cameron County, Texas, who may be served with citation at 722 Morgan Boulevard, Suite M, Harlingen, Texas 78550.

The events which give rise to this lawsuit all took place in Harlingen, Cameron County, Texas. Venue of this lawsuit is in Cameron County, Texas.

## II. FACTUAL BACKGROUND

On or about October 15, 1997, Plaintiffs, **MARCO GRACIA AND CHRISTINA GRACIA**, went to the Law Offices of William Csabi and entered into a written contract with the Defendant to file personal bankruptcy. According to the terms of that contract Mr. Csabi was obligated to provide representation to Mr. and Mrs. Gracia. **WILLIAM CSABI**, the Defendant, negligently and in absolute disregard of his fiduciary responsibility to Plaintiffs, failed to timely file

1

the appropriate documents with the Bankruptcy Court thus proximately causing damages to Plaintiffs.

### III. CAUSES OF ACTION

Plaintiffs allege that the conduct of the Defendant **WILLIAM CSABI** constitutes a breach of his duty of good faith and fair dealing to Plaintiffs to whom, under the law he owed a high degree of fiduciary responsibility. In addition, Plaintiffs allege that the conduct of **WILLIAM CSABI** was negligence and gross negligence and a breach of implied and expressed warranties. The defendant's conduct as pleaded above in the alternative was a proximate and producing cause of injury to Plaintiffs for which they seek actual damages with pre-judgment interest thereon and for which they likewise seek exemplary and additional damages.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, **MARCO GRACIA AND CHRISTINA GRACIA,** pray that **WILLIAM CSABI,** be cited to appear and answer herein, and that they, upon final trial and hearing, have judgment against him for actual damages with pre-judgment interest thereon; for post-judgment interest, costs of Court, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF PAUL J. RALEIGH**
545 Upper N. Broadway, Suite 1000
Corpus Christi, Texas 78476
(512) 887-7888
(512) 887-6440 (telecopier)

By: _/s/ Paul Raleigh_
**PAUL J. RALEIGH**
TBA No. 16487800
**ATTORNEY FOR PLAINTIFFS,
MARCO GRACIA AND
CHRISTINA GRACIA**

2

Citation for Personal Service  - GENERAL          Lit. Seq. # 5.003.01

No. 99-01-00236-D

T H E   S T A T E   O F   T E X A S

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: WILLIAM CSABI
    722 MORGAN BOULEVARD
    SUITE M
    HARLINGEN, TEXAS 78550

the         DEFENDANT         , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said       PETITION       was filed on JANUARY 20, 1999 . A copy of same accompanies this citation.

The file number of said suit being No. 99-01-00236-D.

The style of the case is:

MARCO GRACIA & CHRISTINA GRACIA
VS.
WILLIAM CSABI

Said petition was filed in said court by        PAUL J. RALEIGH       (Attorney for        PLAINTIFF       ), whose address is 545 UPPER N. BROADWAY STE.1000 CORPUS CHRISTI,TEXAS  78476       .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the  6th  day of    APRIL   , A.D. 1999.

AURORA DE LA GARZA      , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By:  Connie L. Warford            , Deputy
Connie Warford

No Contact 4/25/99 1100 am  office closed. J.K.

## RETURN OF OFFICER

Came to hand the __9__ day of __April__, 19__99__, at __8:30__ o'clock __A__.M., and executed (not executed) on the __11th__ day of __May__, 19__99__, by delivering to __William Csabi__ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the __Plaintiffs Original Petition__.

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total....... $ __45__

Fees paid by: _____

OMAR LUCIO

Sheriff/constable __Cameron__ County, TEXAS

By __Oswaldo Garcia__ Deputy

FILED 10:00 o'clock a.m.
AURORA DE LA GARZA DIST CLERK
MAY 13 1999
DISTRICT COURT OF CAMERON COUNTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCO GRACIA and CHRISTINA GRACIA § | |
| PLAINTIFFS § | |
| VS. § | CIVIL ACTION NO. B-01-071 |
| § | |
| WILLIAM A. CSABI, DEFENDANT § | |

INDEX OF ATTORNEYS

1.  James P. Grissom
    2408 North Conway
    Mission, Texas
    (956) 994-1127
    (956) 994-1145 Fax
    Attorney for Defendant

2.  William J. Tinning
    1013 Bluff Drive
    Portland, Texas 78374
    (361) 643-9200
    (361) 643-9600 fax
    Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCO GRACIA and CHRISTINA GRACIA | § | |
| PLAINTIFFS | § | |
| VS. | § | CIVIL ACTION NO. B-01-071 |
| | § | |
| WILLIAM A. CSABI, DEFENDANT | § | |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

    a. State Court's Docket Sheet
    b. Plaintiffs' Original Petition
    c. Citation served on Defendant
    d. Defendant's Original Answer

3. Orders Signed by the State Court Judge

    a. Order Setting Hearing on Defendant's Motion for Protective Order
    b. Agreed Order Granting Motion for Continuance
    c. Order Setting Hearing Dated January 11, 2000
    d. Order Setting Hearing dated July 2, 1999
    e. Order on Plaintiffs' Motion for Trial Setting

4. Notice to Plaintiffs of Filing of Notice of Removal

5. Notice to District Clerk of Filing Notice of Removal

6. Index of Attorneys

7. Index of Documents Filed

8. Order for Conference and Disclosure of Interested Partie