4

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

JUN 21 01

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCO GRACIA and | § | |
| CHRISTINA GRACIA, | § | |
| Plaintiffs | § | |
| VS.. | § | CIVIL ACTION NO. B-01-071 |
| | § | |
| WILLIAM A. CSABI, | § | |
| Defendant | § | |

## MOTION TO GIVE EFFECT TO THE STANDING ORDER OF REFERENCE TO BANKRUPTCY COURT TO RESOLVE ISSUES

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **CHRISTINA GRACIA**, Plaintiff in the above-referenced action and files this, her Motion to Give Effect to the Standing Order of Reference to Bankruptcy Court to Resolve Issues, and in support thereof would show the Court as follows:

### I. Factual Background

1. On April 9, 1998 ("Petition Date"), Marco and Christina Gracia, ("Debtors") filed their Voluntary Chapter 13 Petition, under 11 U.S.C. § 101 et. seq. of the Bankruptcy Code.

2. On September 11, 1998, the Court entered the Order Confirming the Debtors' Chapter 13 Plan of Reorganization.

3. On February 22, 2001, Debtors filed a Motion for Relief from Stay to allow the case styled *Marco Gracia and Christina Gracia vs. William Csabi*, Cause No. 99-01-236-D in the 103rd District Court of Cameron County, Texas ("State Court action") to proceed.

4. On April 27, 2001, the Court entered an Order Granting the Debtors' Motion for Relief from Stay. This cause was commenced in the 103rd Judicial District Court of Cameron County, Texas on January 20, 1999. This case is related to the bankruptcy case pending in the United States Bankruptcy Court, Southern District of Texas, Brownsville Division.

5. On or about May 2nd, Defendant William A. Csabi filed a Notice of Removal in the State Court action removing the State Court Action to the United States District Court, Southern District of Texas, Brownsville Division.

6. On August 9, 1984, the United States District Court, Southern District of Texas entered an *Order of Reference of Bankruptcy Proceedings Nunc Pro Tunc*, which requires that "any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 which were pending in the Bankruptcy Court of the Southern District of Texas on June 27, 1984, which have been filed in this district since that date and which may be filed herein hereafter (except those cases and proceedings now pending on appeal) be and they hereby are referred to the Bankruptcy Judges of this district for consideration and resolution consistent with law", nunc pro tunc as of June 27, 1984. A true and correct copy of the *Order of Reference* is attached hereto as Exhibit "A" and incorporated herein for all purposes. Pursuant to

the clear and concise terms of this Order, this case should automatically be referred to the Bankruptcy Judge of this district for consideration and resolution.

## II. Relief Requested

7.  Plaintiff asks this Court to give effect to the *Standing Order of Reference* and to refer this case to the Bankruptcy Judge of this district for consideration and resolution consistent with law.

## Prayer

For the foregoing reasons, Plaintiff asks that the Court enter an Order referring this case to the United States Bankruptcy Judge of this district for consideration and resolution consistent with law, and for such further relief, at law and in equity, to which Plaintiff may show herself justly entitled.

Respectfully,

_____
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555
**ATTORNEYS FOR PLAINTIFF**
**CHRISTINA GRACIA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by First Class United States Mail, postage prepaid, on this the 21 day of June, 2001.

James P. Grissom
2408 North Conway
Mission, Texas 78572
**ATTORNEY FOR DEFENDANT**

William J. Tinning
1013 Bluff Drive
Portland, Texas 78374
**ATTORNEY FOR PLAINTIFF
MARCO GRACIA**

_____
C. Womble, Jr.