5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

JUN 21 01

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| MARCO GRACIA and | § | |
| CHRISTINA GRACIA, | § | |
| Plaintiffs | § | |
| VS.. | § | CIVIL ACTION NO. B-01-071 |
| | § | |
| WILLIAM A. CSABI, | § | |
| Defendant | § | |

## JURY TRIAL DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **CHRISTINA GRACIA**, Plaintiff in the above-referenced action (hereinafter "Plaintiff"), and files this Jury Trial Demand as follows:

1. Plaintiff, Christina Gracia, asserts her rights under United States Constitution, Amendment 7, and demands trial by jury on all issues in accordance with Rule 38, Federal Rules of Civil Procedure and Bankruptcy Local Rule 9015.

2. Should withdrawal of reference be denied, Plaintiff consents to conduct of jury trial by the Bankruptcy Court.

3. The right to jury trial is attached to Plaintiff's claims. **U.S. Const. Amend. VII; Tex. Const. art. 1, § 15**; *Higginbotham v. Collateral Protection, Inc.* 859 S.W.2d 487, 489 (Tex. App. --Houston [1st Dist.] 1993, writ denied. The nature of Debtor-Plaintiff's action is legal (as opposed to equitable) as she is seeking money damages, thus entitling her to a trial by jury. *Chauffers, Teamsters, & Helpers Local No. 391 v. Terry,* 494 U.S. 558, 565.

4. Plaintiff's claims are core. **28 U.S.C. § 157(b)(2)(A)(B)(C)(E)(F)(H) and (O).**

5. To the extend that Plaintiff's claims are deemed non-core, and further to the extent withdrawal of the reference is denied, Plaintiff consents to entry of a final order by the Bankruptcy Court.

Respectfully submitted,

_____
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 North Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555
**ATTORNEYS FOR PLAINTIFF
CHRISTINA GRACIA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following parties by First Class United States Mail, postage prepaid, on this the 21 day of June, 2001.

| | |
|---|---|
| James P. Grissom | William J. Tinning |
| 2408 North Conway | 1013 Bluff Drive |
| Mission, Texas 78572 | Portland, Texas 78374 |
| **ATTORNEY FOR DEFENDANT** | **ATTORNEY FOR PLAINTIFF MARCO GRACIA** |

_____
Harlin C. Womble, Jr.