6

United States District Court
Southern District of Texas
FILED

JUL 23 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARCO GRACIA and )
CHRISTINA GRACIA, )
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　)
vs. ) CIVIL ACTION NO. B-01-071
　　　　　　　　　　　　　　　　　　　　)
WILLIAM A. CSABI, )
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant. )

## DEFENDANT'S ANSWER TO PLAINTIFFS' MOTION TO REMAND REMOVED CASE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, WILLIAM A. CSABI, Defendant in the above captioned civil action, and for answer to Plaintiff's Motion to this Honorable Court to remand this case back to the 103rd State District Court of Cameron County, Texas, and as support therefor, respectfully states to this Court as follows:

1. Defendant admits paragraphs 1, 2, 3, 4, 6, 7, and 9 of Plaintiffs' Motion for Remand.

2. Defendant admits paragraph 5 of Plaintiffs' Motion for Remand, and affirmatively states that the Civil Action was filed in the State District Court after the Plaintiffs' Chapter 13 Plan in bankruptcy had been approved, but without permission of the U. S. Bankruptcy Court, which still has jurisdiction of the Plaintiffs' bankruptcy case. The allegations of the Plaintiffs' civil action appear to be questions of bankruptcy law.

3. Defendant denies paragraphs 8, 10, and 11 of Plaintiffs' Motion for Remand.

4. Defendant affirmatively states that the removal complies with Federal Bankruptcy Rule 9027(a)(3) in that the case was filed within thirty (30) days after the United States Bankruptcy Court lifted the stay as to this civil action.

5. Defendant affirmatively states that the issues presented in Plaintiffs' civil action are all Federal issues, as they pertain to representation by an attorney in and before a United States Bankruptcy Court.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this matter not be remanded to the State District Court, but remain in the United States District Court, assigned to the United States Bankruptcy Court for further hearing, and for such other and further orders as may be just and equitable in the premises.

Respectfully submitted,

*/s/ Richard O. Habermann*

Richard O. Habermann
308 North 15th Street
McAllen, Texas 78501
(956) 687-2920
FAX: (956) 668-1923
Federal I.D. No. 9275
State Bar No. 08665530

ATTORNEY FOR DEFENDANT CSABI

## CERTIFICATE OF SERVICE

This is to certify that on this 19 day of July, 2001, I placed an exact copy of the above and forgoing Defendant's Response to Plaintiffs' Motion for Remand in the United States Post Office, inside of properly stamped envelopes, to the following persons:

Mr. Harlan C. Womble, Jr.
JORDAN, HYDEN, WOMBLE
& CULBRETH, P.C.
500 North Shoreline Boulevard, Suite 900
Corpus Christi, Texas 78471

Mr. William J. Tinning
1013 Bluff Drive
Portland, Texas 78374

Mr. William A. Csabi
819 North 77 Sunshine Strip
Harlingen, Texas 78550

Ms. Cindy Boudloche
Chapter 13 Trustee
1305 American Bank Plaza
Corpus Christi, Texas 78475

_Richard O. Habermann_
Richard O. Habermann